IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACLYN CURRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-00866-MJR-DGW |
| ) | |
| TOM CUNDIFF, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The settlement conference in this action has been continued until **Thursday, March 22, 2012** at **9:00 a.m.** in Courtroom 4, Second Floor of the East St. Louis Federal Courthouse. It is hereby **ORDERED** that the following parties appear **in-person**:

1. All members of the Illinois Counties Insurance Trust Board;

2. A representative from One Beacon Insurance Company; and

3. Raj Mehtan of Berkshire Hathaway in Sanford, Connecticut;

The Court considers the parties listed above to be necessary parties who shall appear in-person or send representatives with full authority to negotiate and settle the case without outside consultation.

The parties are cautioned that failure to comply with this Order may result in substantial financial sanctions, as well as penalties for contempt.

**IT IS SO ORDERED**.

**DATED: March 19, 2012**

*[signature]*

**DONALD G. WILKERSON**
**United States Magistrate Judge**